UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

                 -v-

IVAN COLLADO,

       Defendant.

-------------------------------------------------------x

No.  14-CR-00731-LTS
No.  17-CV-10087-LTS

## ORDER

The Court has received Defendant-Petitioner Ivan Collado's letter dated August 2, 2020 (Docket Entry No. 137), which seeks the appointment of counsel and to assert two additional grounds in support of his pending motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  (Docket Entry No. 135.)

The Court appoints Jeffrey G. Pittell as CJA counsel to represent Defendant-Petitioner for the limited purpose of his motion to vacate pursuant to 28 U.S.C. § 2255.

SO ORDERED.

Dated: New York, New York
       August 11, 2020

  /s/ Laura Taylor Swain
  LAURA TAYLOR SWAIN
  United States District Judge

**Copies Mailed To:**

Mr. Ivan Collado
No. 71344-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640